No. **131820**
CIVIL

DIVISION
E
COMEAUX

---

**IN THE**
**16TH JUDICIAL DISTRICT COURT**
**PARISH OF ST. MARY**
**STATE OF LOUISIANA**

EUNICE  PILETTE

**VS.**

**UNITED MARINE OFFSHORE, LLC, WARRIOR ENERGY SERVICES**
**CORPORATION and SUPERIOR ENERGY SERVICES, LLC**

Cause of Action:   DAMAGES

FILED: November 13, 2017

CLIFF DRESSEL, CLERK OF COURT

By:  Jennifer R. Splane, Dy. Clerk

LAWRENCE N. CURTIS
LAWRENCE N. CURTIS, APLC
P. O. BOX 80247
LAFAYETTE, LA  70598-0247
PHONE  (337) 235-1825

Attorney For Plaintiff

---

## NOTICE PLEASE

PLEASE  DO  NOT  REMOVE  ANY  PAPERS  FROM  THIS  FILE.    IF  YOU  ARE
INTERESTED IN ONLY ONE PAPER IN THIS CASE THEN TAKE THE ENTIRE FILE WITH
YOU SO TO KEEP ALL PAPERS TOGETHER.
   YOU  WILL FIND PAPER FILED FIRST IN THIS CASE ON TOP, PAPER FILED NEXT
SECOND TO THE TOP AND SO ON THROUGHOUT THE CASE.  ALL PAPERS BEING
KEPT IN THE ORDER IN WHICH THEY WERE FILED.

EXHIBIT

A

## # 131820

## J U R Y     R E P O R T

| JURY TRIAL REQUESTED, PRAYED FOR OR ORDERED (PARTY) | DATE JUROR FILING FEE POSTED | DATE JURY BOND FILED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## J U D G M E N T     R E P O R T

| DESCRIPTION OF JUDGMENT | DATE RENDERED | COSTS ASSESSED TO: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIXTEENTH JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

STATE OF LOUISIANA

EUNICE PILETTE                                    DOCKET NO:

VERSUS                                            1 3 1 8 2 0    DIV. "E"

UNITED MARINE OFFSHORE, LLC,
WARRIOR ENERGY SERVICES
CORPORATION AND SUPERIOR
ENERGY SERVICES, LLC
************************************************************

### PETITION FOR DAMAGES

COMES NOW, Eunice Pilette ("Pillette"), petitioning against United Marine Offshore, LLC ("United Marine"), Warrior Energy Services Corporation ("Warrior Energy") and Superior Energy Services, LLC ("Superior Energy") hereinafter sometimes collectively referred to as "Defendants," and for cause of action, Pillette would respectfully show and represent unto this Honorable Court, as follows:

### JURISDICTION

1.

Jurisdiction of this Honorable Court is based on the provisions of the General Maritime Law, as well as on the Savings to Suitors Clause, of the Judiciary Act of 1789 and 28 U.S.C. § 1333.

### PLAINTIFF

2.

Pillette (age 53) is now, and was, at all times relevant herein, a citizen of the United States and resident of the State of Louisiana, domiciled in Abbeville, Vermilion Parish, Louisiana.

### DEFENDANTS

3.

United Marine Offshore, LLC is thought to be a Louisiana limited liability company, organized and existing by virtue of the laws of this State, having its principal place of business at 800

SCANNED

NOV 17 2017

David Dr., No.105, Morgan City, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, David B. Devillier, 1004 Walnut Drive, Morgan City, Louisiana 70380.

4.

Warrior Energy Services Corporation is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, but having its principal Louisiana business establishment at 5801 Highway 90 East, Broussard, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, C T Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana 70816.

5.

Superior Energy Services, LLC is thought to be a Louisiana limited liability company, organized and existing by virtue of the laws of this State, having its principal place of business at 203 Commission Blvd., Lafayette, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, C T Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana 70816.

**FACTS**

6.

That, at all times relevant hereinafter, Pillette was employed, as a tank cleaner, by Francis Drilling Fluids, Ltd. ("FDF"), of Crowley, Louisiana, earning in excess of $45,000.00, per annum, plus fringe benefits and "found".

7.

That, at all times relevant, United Marine owned, operated, managed, and controlled a motor vessel known as the *MISS ALLIE*. The *M/V MISS ALLIE* is a cargo and passenger merchant vessel some 95 feet long, 26 feet wide, weighing some 99 gross tons, and carrying USCG Certificate of Documentation No: 577599.

**SCANNED**

NOV 17 2017

8.

That, at all times relevant, Warrior Energy owned, operated, managed, and controlled a motor vessel known as the *SUPERIOR RESULT*. The *SUPERIOR RESULT* is a special purpose lift boat some 58 feet long, 24 feet wide, weighing 96 gross tons, and carrying USCG Certificate of Documentation No: 599907.

9.

In the alternative, at all times relevant, Superior Energy owned, operated, managed, and controlled a motor vessel known as the *SUPERIOR RESULT*. The *SUPERIOR RESULT* is a special purpose lift boat some 58 feet long, 24 feet wide, weighing 96 gross tons, and carrying USCG Certificate of Documentation No: 599907.

10.

That, at all times relevant, and, in particular, on November 15, 2014, Pillette was working as a tank cleaner for FDF and was assigned to work on, with, and aboard the *LB SUPERIOR RESULT*. The *LB SUPERIOR RESULT*, was then, in navigation, off the Louisiana coast in that area of the Gulf of Mexico commonly referred to as Ship Shoal 58-A.

11.

That, on November 15, 2014, at approximately 7:20 a.m., while in the course of his employment aboard the *LB SUPERIOR RESULT*, Pillette was caused to suffer serious and permanent injuries when, suddenly and without warning, the *M/V MISS ALLIE* crashed into the *LB SUPERIOR RESULT*. To explain. Pillette was seated in the *SUPERIOR RESULT* galley, when the collision occurred, and was violently thrown to the galley floor.

12.

That, Pillette's injuries and damage were caused by reason of the legal fault, negligence, carelessness, and omission of duty, on the part of these Defendants, without any legal fault, negligence, carelessness, or omission of duty on Pillette's part, causing or in any way contributing thereto.

**SCANNED**

**NOV 17 2017**

13.

That, the legal fault, negligence, carelessness, and omission of duty on the part of United Marine and the *M/V MISS ALLIE* consisted of the following acts and omissions: (1) she was not in charge of a competent person; (2) she failed to keep a proper lookout; (3) she failed to sound any, or proper signals when she was under a duty to do so; (4) although the course of the two vessels were converging, the *M/V MISS ALLIE* continued on; (5) she was proceeding at an excessive speed under the circumstances; (6) she failed to stop or stop and reverse her engine seasonably; (7) when the danger of collision was, or should have been apparent, she failed to take any, or proper steps to avoid same; (8) she failed to sound the signals that are required by law; (9) she failed to maintain a proper and adequate radio watch in violation of the United States Code, (10) she failed to make proper and adequate use of her radar and other collision avoidance systems, and (11) she was not fit for her intended use, because her owners and managing agents failed to ensure that she was in a seaworthy condition.

14.

That, in addition, or in the alternative, the legal fault, negligence, carelessness, and omission of duty on the part of Warrior Energy/Superior Energy and the *LB SUPERIOR RESULT* consisted of the following acts and omissions: (1) she was not in charge of a competent person; (2) she failed to keep a proper lookout; (3) she failed to sound any, or proper signals when she was under a duty to do so; (4) although the course of the two vessels were converging, the *LB SUPERIOR RESULT* continued on; (5) she was proceeding at an excessive speed under the circumstances; (6) she failed to stop or stop and reverse her engine seasonably; (7) when the danger of collision was, or should have been apparent, she failed to take any, or proper steps to avoid same; (8) she failed to sound the signals that are required by law; (9) she failed to maintain a proper and adequate radio watch in violation of the United States Code, (10) she failed to make proper and adequate use

SCANNED

NOV 17 2017

of her radar and other collision avoidance systems, and (11) she was not fit for her intended use, because her owners and managing agents failed to ensure that she was in a seaworthy condition.

15.

That, in addition and/or in the alternative, to each and every allegation of legal fault, negligence, carelessness, or omission of duty on the part of these Defendants set out above, Pillette pleads the doctrine of negligence *per se* and is entitled to rely upon the doctrine of *res ipsa loquitur.*

16.

That, by reason of the legal fault, negligence, carelessness and omission of duty on the part of these Defendants, Pillette sustained great bodily injuries; he became and still remains sick and disabled; Pillette was found to have suffered injury to his neck and low back involving the interveterbral discs and adjacent anatomical structures at C7-T1, L3-4, L4-5, and L5-S1, among others; Pillette has been incapacitated from his work and prevented from pursuing his ordinary occupation and still, and will continue to be, incapacitated for some time to come; that his ability to perform work has been, and will be, as a result of said injuries greatly lessened, diminished, and affected; that his ability to engage in recreational activities has also been affected as a result of said injuries; that Pillette is informed and, therefore believes, that the injuries which he suffered as a result of Defendants' negligence will forever interfere with his enjoyment of life; that he has required and may, in the future, require medical treatment as a result of said injuries and may require further operative treatment; that Pillette is informed, and, therefore believes, that he has been otherwise permanently injured and that he has become and remains permanently disabled.

17.

That, as a consequence of the foregoing, Pillette has suffered, is suffering and will continue to suffer damages including, without limitation, past and future physical and mental

SCANNED

NOV 17 2017

pain and suffering, past disability and permanent future disability, loss of wages, loss of earning capacity, loss of fringe benefits, loss of "found", loss of enjoyment of life and past and future medical expenses in an amount reasonable in the premises.

WHEREFORE, Pillette prays that these Defendants be served with a copy of this, his, Petition for Damages and that these Defendants be duly cited to appear and answer herein; that after the lapse of all legal delays and due proceedings had, there be judgment in favor of Pillette and against these Defendants, in an amount reasonable in the premises, together with legal interest and for all costs of these proceedings.

LAWRENCE N. CURTIS, LTD.
(A Professional Law Corporation)
300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone: (337) 235-1825
Facsimile: (337) 237-0241
E-mail: larry@larrycurtis.com

BY: _____
LAWRENCE N. CURTIS (4678)

**PLEASE SERVE**:

United Marine Offshore, LLC
through its registered agent for
 service of process:
David B. Devillier
1004 Walnut Drive
Morgan City, Louisiana 70380

Warrior Energy Services Corporation
through its registered agent
for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana 70816

Superior Energy Services, LLC
through its registered agent
for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana 70816

**SCANNED**   RECEIVED AND FILED

NOV 17 2017

NOV 13 2017
_____
Dy. Clerk of Court

SIXTEENTH JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

STATE OF LOUISIANA

EUNICE PILETTE                                DOCKET NO:

VERSUS                                        1 3 1 8 2 0    DIV. "E"

UNITED MARINE OFFSHORE, LLC,
WARRIOR ENERGY SERVICES
CORPORATION AND SUPERIOR
ENERGY SERVICES, LLC
**********************************************************************

## REQUEST FOR NOTICE OF RENDITION OF ALL
## INTERLOCUTORY ORDERS OR JUDGMENTS

TO:  Hon. Cliff Dressel, Clerk
     16th Judicial District Court
     Post Office Drawer 1231
     Franklin, Louisiana 70538

     In accordance with LSA-C.C.P. Art. 1572 you are hereby
requested to give written notice to Plaintiff, through his
undersigned counsel, by Certified Mail properly stamped and
addressed at least ten (10) days in advance, of the date fixed for
the trial or hearing of this matter whether on exceptions, motions,
rules or the merits.  You are also requested to furnish immediate
notice of all orders or judgments, whether interlocutory or final,
made or rendered in this case upon the rendition thereof as
provided by LSA-C.C.P. Articles 1913, 1914, 1960 and 1572 including
notice of judgment in the event this case is taken under advisement
or if the judgment is not signed at the conclusion of the trial.

     Lafayette, Louisiana, this 10th day of November, 2017.

                         LAWRENCE N. CURTIS, LTD.
                         (A Professional Law Corporation)
                         300 Rue Beauregard, Bldg. C
                         Post Office Box 80247
                         Lafayette, Louisiana 70598-0247
                         Telephone: (337) 235-1825
                         Facsimile: (337) 237-0241
                         E-Mail: larry@larrycurtis.com


                         BY: _____
                             LAWRENCE N. CURTIS (4678)


                                    RECEIVED AND FILED

                         SCANNED        NOV 13 2017

                         NOV 17 2017

                                        Dy. Clerk of Court

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

EUNICE PILLETTE

**vs.**

UNITED MARINE OFFSHORE, LLC, ET AL.

**Court:** 16th Judicial District Court    **Docket Number:** _____  _____

**Parish of Filing:** St. Mary  _____    **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** Lawrence N. Curtis, Esq.

**Name of Self-Represented Litigant:** __ __  _  __ __  _ _____

**Number of named petitioners:** 1        **Number of named defendants:** 3

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| __Auto: Personal Injury | __ Auto: Property Damage |
| __Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __Product Liability | __ Premise Liability |
| __Intentional Bodily Injury | __ Intentional Property Damage |
| __Intentional Wrongful Death | __ Unfair Business Practice |
| __Business Tort | __ Fraud |
| __Defamation | __ Professional Negligence |
| __Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| x Maritime | __ Class action (nature of case) |
| __ Wrongful Death | |
| __ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Claim for injuries and damage under the General Maritime Law, as well as the Saving to Suitors Clause, of the Judiciary Act of 1789 and 28 U.S.C. Sec. 1333.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Lawrence N. Curtis, Esq.        Signature _____

SCANNED

Address  300 Rue Beauregard, Bldg. C, Lafayette, Louisiana 70508

NOV 1 7 2017

Phone number: 337.235.1825        E-mail address: larry@larrycurtis.com

# Larry Curtis, APLC

Phone: (337) 235-1825
Fax: (866)646-0139

# Fax

| To: Hon. Cliff Dressel, Clerk | From: Denise Uzee |
|---|---|
| Fax: 1.337.828.2509 | Pages: 10 |
| Re: PILLETTE V. UNITED MARINE | Date: November 10, 2017 |

PLEASE SEE ATTACHED. PLEASE FAX INVOICE TO OUR OFFICE AT THE EARLIEST
POSSIBLE TIME. THANKS. DENISE

SCANNED NOV 1 3 2017

NOV 1 7 2017

300 Rue Beauregard, Bldg. C Post Office Box 80247, Lafayette, Louisiana 70508

Did you know you can send and receive faxes by email? Get rid of your fax machine, paper and ink. Try if free at
www.trustfax.com/free

**LAWRENCE "LARRY" N. CURTIS**

300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone 337.235.1825
Telefax 337.237.0241
larry@larrycurtis.com
www.larrycurtis.com



November 10, 2017

Hon. Cliff Dressel, Clerk          VIA FAX: 337.828.2509
16ᵗʰ Judicial District Court
Parish of St. Mary
500 Main Street
Post Office Drawer 1231
Franklin, Louisiana 70538

     Re: Eunice Pillette
     vs. United Marine
       Offshore, LLC, et al.
     Our File No: 3464-LNC

Dear Mr. Dressel:

    Enclosed for filing in the above-entitled cause is original Petition for Damages, together with original Louisiana Civil Case Reporting Form and original Request for Notice of All Interlocutory Orders or Judgments.

    We ask that you forward to this office an invoice for this fax filing at the earliest possible time.

    Thank you in advance for your cooperation in this matter.

               Yours very truly,

               s/Lawrence N. Curtis

LNC:dau
Enclosures

**SCANNED**

NOV 17 2017

A Professional Law Corporation

## FAX CONFIRMATION

| | | |
|---|---|---|
| **EUNICE PILETTE** | | **STATE OF LOUISIANA** |
| **Vs. No. 131820 Div "E"** |  | **16th JUDICIAL DISTRICT COURT** |
| **UNITED MARINE OFFSHORE LLC, ET AL** | | **PARISH OF ST. MARY** |

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

*DATE FAX TRANSMISSION RECEIVED:* **NOVEMBER 13, 2017**

*DESCRIPTION OF PLEADING:* **PETITION FOR DAMAGES**

*FILED ON BEHALF OF:* **EUNICE PILETTE**

*ATTORNEY SIGNING PLEADING:* **LAWRENCE N. CURTIS**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading and any balance of costs due.  When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

Receipt Acknowledged

_____
**Deputy Clerk of Court**

Receipt faxed to number: 337-237-0241

Date receipt faxed:  November 13, 2017

| | |
|---|---|
| **Fax Transmission Fee** | $5.00 |
| **Fax Receipt Fee** | $15.00 |
| **Filing Fee for Faxed Pleading(s)** | $32.00 |
| **Filing Fee for Original Pleading (s)** | $650.00 |
| **TOTAL AMOUNT DUE** | **$702.00** |

SCANNED

NOV 1 7 ---

[ FILE COPY ]

1501019900
P.01/01

# TRANSACTION REPORT

`AX(TX)

NOV/13/2017/MON 09:00 AM

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|--|------|
| 001 | NOV/13 | 08:59AM | 13372370241 | 0:00:22 | 1 | MEMORY    OK | SG3 | 4885 |

---

## FAX CONFIRMATION

**EUNICE PILETTE**

Vs. No. 131820 Div "E"

**UNITED MARINE OFFSHORE LLC, ET AL**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

---

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

*DATE FAX TRANSMISSION RECEIVED:* **NOVEMBER 13, 2017**

*DESCRIPTION OF PLEADING:* **PETITION FOR DAMAGES**

*FILED ON BEHALF OF:* **EUNICE PILETTE**

*ATTORNEY SIGNING PLEADING:* **LAWRENCE N. CURTIS**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading and any balance of costs due.  When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

Receipt Acknowledged

*Jennifer R. Aplane*

_____

Deputy Clerk of Court SCANNED

NOV 1 7

Receipt faxed to number: 337-237-0241

Date receipt faxed:  November 13, 2017

SIXTEENTH JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

STATE OF LOUISIANA

EUNICE PILETTE

VERSUS

DOCKET NO:

1 3 1 8 2 0    DIV. "E"

UNITED MARINE OFFSHORE, LLC,
WARRIOR ENERGY SERVICES
CORPORATION AND SUPERIOR
ENERGY SERVICES, LLC
*****************************************************************

### PETITION FOR DAMAGES

COMES NOW, Eunice Pilette ("Pillette"), petitioning against United Marine Offshore, LLC ("United Marine"), Warrior Energy Services Corporation ("Warrior Energy") and Superior Energy Services, LLC ("Superior Energy") hereinafter sometimes collectively referred to as "Defendants," and for cause of action, Pillette would respectfully show and represent unto this Honorable Court, as follows:

### JURISDICTION

1.

Jurisdiction of this Honorable Court is based on the provisions of the General Maritime Law, as well as on the Savings to Suitors Clause, of the Judiciary Act of 1789 and 28 U.S.C. § 1333.

### PLAINTIFF

2.

Pillette (age 53) is now, and was, at all times relevant herein, a citizen of the United States and resident of the State of Louisiana, domiciled in Abbeville, Vermilion Parish, Louisiana.

### DEFENDANTS

3.

United Marine Offshore, LLC is thought to be a Louisiana limited liability company, organized and existing by virtue of the laws of this State, having its principal place of business at 800

**SCANNED**

**NOV 17 2017**

David Dr., No.105, Morgan City, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, David B. Devillier, 1004 Walnut Drive, Morgan City, Louisiana 70380.

4.

Warrior Energy Services Corporation is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, but having its principal Louisiana business establishment at 5801 Highway 90 East, Broussard, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, C T Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana 70816.

5.

Superior Energy Services, LLC is thought to be a Louisiana limited liability company, organized and existing by virtue of the laws of this State, having its principal place of business at 203 Commission Blvd., Lafayette, Louisiana, and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, C T Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana 70816.

**FACTS**

6.

That, at all times relevant hereinafter, Pillette was employed, as a tank cleaner, by Francis Drilling Fluids, Ltd. ("FDF"), of Crowley, Louisiana, earning in excess of $45,000.00, per annum, plus fringe benefits and "found".

7.

That, at all times relevant, United Marine owned, operated, managed, and controlled a motor vessel known as the *MISS ALLIE*. The *M/V MISS ALLIE* is a cargo and passenger merchant vessel some 95 feet long, 26 feet wide, weighing some 99 gross tons, and carrying USCG Certificate of Documentation No: 577599.

**SCANNED**

NOV 1 7 2017

8.

That, at all times relevant, Warrior Energy owned, operated, managed, and controlled a motor vessel known as the *SUPERIOR RESULT*. The *SUPERIOR RESULT* is a special purpose lift boat some 58 feet long, 24 feet wide, weighing 96 gross tons, and carrying USCG Certificate of Documentation No: 599907.

9.

In the alternative, at all times relevant, Superior Energy owned, operated, managed, and controlled a motor vessel known as the *SUPERIOR RESULT*. The *SUPERIOR RESULT* is a special purpose lift boat some 58 feet long, 24 feet wide, weighing 96 gross tons, and carrying USCG Certificate of Documentation No: 599907.

10.

That, at all times relevant, and, in particular, on November 15, 2014, Pillette was working as a tank cleaner for FDF and was assigned to work on, with, and aboard the *LB SUPERIOR RESULT*. The *LB SUPERIOR RESULT,* was then, in navigation, off the Louisiana coast in that area of the Gulf of Mexico commonly referred to as Ship Shoal 58-A.

11.

That, on November 15, 2014, at approximately 7:20 a.m., while in the course of his employment aboard the *LB SUPERIOR RESULT*, Pillette was caused to suffer serious and permanent injuries when, suddenly and without warning, the *M/V MISS ALLIE* crashed into the *LB SUPERIOR RESULT*. To explain. Pillette was seated in the *SUPERIOR RESULT* galley, when the collision occurred, and was violently thrown to the galley floor.

12.

That, Pillette's injuries and damage were caused by reason of the legal fault, negligence, carelessness, and omission of duty, on the part of these Defendants, without any legal fault, negligence, carelessness, or omission of duty on Pillette's part, causing or in any way contributing thereto.

**SCANNED**

*NOV 1 7 2017*

13.

That, the legal fault, negligence, carelessness, and omission of duty on the part of United Marine and the *M/V MISS ALLIE* consisted of the following acts and omissions: (1) she was not in charge of a competent person; (2) she failed to keep a proper lookout; (3) she failed to sound any, or proper signals when she was under a duty to do so; (4) although the course of the two vessels were converging, the *M/V MISS ALLIE* continued on; (5) she was proceeding at an excessive speed under the circumstances; (6) she failed to stop or stop and reverse her engine seasonably; (7) when the danger of collision was, or should have been apparent, she failed to take any, or proper steps to avoid same; (8) she failed to sound the signals that are required by law; (9) she failed to maintain a proper and adequate radio watch in violation of the United States Code, (10) she failed to make proper and adequate use of her radar and other collision avoidance systems, and (11) she was not fit for her intended use, because her owners and managing agents failed to ensure that she was in a seaworthy condition.

14.

That, in addition, or in the alternative, the legal fault, negligence, carelessness, and omission of duty on the part of Warrior Energy/Superior Energy and the *LB SUPERIOR RESULT* consisted of the following acts and omissions: (1) she was not in charge of a competent person; (2) she failed to keep a proper lookout; (3) she failed to sound any, or proper signals when she was under a duty to do so; (4) although the course of the two vessels were converging, the *LB SUPERIOR RESULT* continued on; (5) she was proceeding at an excessive speed under the circumstances; (6) she failed to stop or stop and reverse her engine seasonably; (7) when the danger of collision was, or should have been apparent, she failed to take any, or proper steps to avoid same; (8) she failed to sound the signals that are required by law; (9) she failed to maintain a proper and adequate radio watch in violation of the United States Code, (10) she failed to make proper and adequate use

of her radar and other collision avoidance systems, and (11) she was not fit for her intended use, because her owners and managing agents failed to ensure that she was in a seaworthy condition.

15.

That, in addition and/or in the alternative, to each and every allegation of legal fault, negligence, carelessness, or omission of duty on the part of these Defendants set out above, Pillette pleads the doctrine of negligence *per se* and is entitled to rely upon the doctrine of *res ipsa loquitur*.

16.

That, by reason of the legal fault, negligence, carelessness and omission of duty on the part of these Defendants, Pillette sustained great bodily injuries; he became and still remains sick and disabled; Pillette was found to have suffered injury to his neck and low back involving the interveterbral discs and adjacent anatomical structures at C7-T1, L3-4, L4-5, and L5-S1, among others; Pillette has been incapacitated from his work and prevented from pursuing his ordinary occupation and still, and will continue to be, incapacitated for some time to come; that his ability to perform work has been, and will be, as a result of said injuries greatly lessened, diminished, and affected; that his ability to engage in recreational activities has also been affected as a result of said injuries; that Pillette is informed and, therefore believes, that the injuries which he suffered as a result of Defendants' negligence will forever interfere with his enjoyment of life; that he has required and may, in the future, require medical treatment as a result of said injuries and may require further operative treatment; that Pillette is informed, and, therefore believes, that he has been otherwise permanently injured and that he has become and remains permanently disabled.

17.

That, as a consequence of the foregoing, Pillette has suffered, is suffering and will continue to suffer damages including, without limitation, past and future physical

SCANNED

NOV 17 2017

pain and suffering, past disability and permanent future disability, loss of wages, loss of earning capacity, loss of fringe benefits, loss of "found", loss of enjoyment of life and past and future medical expenses in an amount reasonable in the premises.

WHEREFORE, Pillette prays that these Defendants be served with a copy of this, his, Petition for Damages and that these Defendants be duly cited to appear and answer herein; that after the lapse of all legal delays and due proceedings had, there be judgment in favor of Pillette and against these Defendants, in an amount reasonable in the premises, together with legal interest and for all costs of these proceedings.

LAWRENCE N. CURTIS, LTD.
(A Professional Law Corporation)
300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone: (337) 235-1825
Facsimile: (337) 237-0241
E-mail: larry@larrycurtis.com

BY: _____
LAWRENCE N. CURTIS (4678)

**PLEASE SERVE:**

United Marine Offshore, LLC
through its registered agent for
 service of process:
David B. Devillier
1004 Walnut Drive
Morgan City, Louisiana 70380

Warrior Energy Services Corporation
through its registered agent
for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana 70816

Superior Energy Services, LLC
through its registered agent
for service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana 70816

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

NOV 13 2017

SCANNED       RECEIVED AND FILED

NOV 17

NOV 13 2017
Dy. Clerk of Court

SIXTEENTH JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

STATE OF LOUISIANA

EUNICE PILETTE

VERSUS

UNITED MARINE OFFSHORE, LLC,
WARRIOR ENERGY SERVICES
CORPORATION AND SUPERIOR
ENERGY SERVICES, LLC

DOCKET NO:

1 3 1 8 2 0    DIV. "E"

*****************************************************************

### REQUEST FOR NOTICE OF RENDITION OF ALL
### INTERLOCUTORY ORDERS OR JUDGMENTS

TO:  Hon. Cliff Dressel, Clerk
     16th Judicial District Court
     Post Office Drawer 1231
     Franklin, Louisiana 70538

In accordance with LSA-C.C.P. Art. 1572 you are hereby requested to give written notice to Plaintiff, through his undersigned counsel, by Certified Mail properly stamped and addressed at least ten (10) days in advance, of the date fixed for the trial or hearing of this matter whether on exceptions, motions, rules or the merits.  You are also requested to furnish immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by LSA-C.C.P. Articles 1913, 1914, 1960 and 1572 including notice of judgment in the event this case is taken under advisement or if the judgment is not signed at the conclusion of the trial.

Lafayette, Louisiana, this 10th day of November, 2017.

LAWRENCE N. CURTIS, LTD.
(A Professional Law Corporation)
300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone: (337) 235-1825
Facsimile: (337) 237-0241
E-Mail: larry@larrycurtis.com

BY: _____
    LAWRENCE N. CURTIS (4678)

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

SCANNED

RECEIVED AND FILED    NOV 13 2017

NOV 17

NOV 13 2017

By, Clerk of Court

**LAWRENCE "LARRY" N. CURTIS**

300 Rue Beauregard, Bldg. C
Post Office Box 80247
Lafayette, Louisiana 70598-0247
Telephone 337.235.1825
Telefax 337.237.0241
larry@larrycurtis.com
www.larrycurtis.com



November 13, 2017


Hon. Cliff Dressel, Clerk                    HAND DELIVERED
16ᵗʰ Judicial District Court
Parish of St. Mary
500 Main Street
Post Office Drawer 1231
Franklin, Louisiana 70538

        Re: Eunice Pillette
        vs. United Marine
            Offshore, LLC, et al.
            16ᵗʰ JDC No: 131,820 "E"
            Our File No: 3464-LNC

Dear Mr. Dressel:

     Enclosed for filing in the above-entitled cause is original
and four (4) copies of Petition for Damages, together with original
Louisiana Civil Case Reporting Form and original Request for Notice
of All Interlocutory Orders or Judgments.

     You may recall these papers were first faxed filed on Friday,
November 10, 2017. Your fax receipt, which we received earlier
today, indicates that a total of $702.00 is due for the applicable
filing fees and fax transmission fee. In consequence, we now
enclose our firm Check No: 150917 in the amount of $682.00, which
we are given to understand is the applicable filing fee, together
with our firm Check No: 150916 in the amount of $20.00, which we
are given to understand is the statutory fax transmission fee.

     We request that you return a stamped copy of the Petition fo
Damages to our office indicating the date and time of filing.

     We also enclose Plaintiff's First Set of Written Discovery
which should be sent on with the Petition for service on each named
Defendant.  Please do not file this discovery into the record.

*La Civil Form provided*
*copy given*
*d/c*
*11-13-17*

SCANNED

NOV 17 2017

**A Professional Law Corporation**

November 13, 2017
Page -2-
_____

      Thank you in advance for your cooperation in this matter.

                     Yours very truly,

                     s/Lawrence N. Curtis

LNC:dau
Enclosures

SCANNED

NOV 1 7 2017

# CLIFF DRESSEL
## CLERK, ST. MARY PARISH
## P. O. DRAWER1231
## FRANKLIN, LOUISIANA 70538

Date Mailed: NOVEMBER 17, 2017

TO:

**EAST BATON ROUGE PARISH SHERIFF**
**P. O. BOX 3277**
**BATON ROUGE, LA 70821-**

EUNICE  PILETTE

Vs.  NO. 131820 DIV E

UNITED MARINE OFFSHORE LLC, ET AL

The following listed items have been issued for service.  After service is made, please send your return stating the type of service along with your statement of cost.  If service can not be made, please state reason.  Thank you for your prompt attention.

CITATION, PETITION, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS issued for service on:  SUPERIOR ENERGY SERVICES LLC THROUGH AGENT, CT CORPORATION SYSTEM, 3867 PLAZA TOWER DR., BATON ROUGE, LA  70816

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

Deputy Clerk of Court

## CITATION

EUNICE PILETTE

Vs. No. 131820 Div "E"

UNITED MARINE OFFSHORE LLC, ET AL



STATE OF LOUISIANA

16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

To: SUPERIOR ENERGY SERVICES LLC THROUGH AGENT, CT CORPORATION SYSTEM, 3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

**You are also being served with Interrogatories and Request for Production of Documents. (Originals not filed.)**

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, NOVEMBER 17, 2017.

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

_____
Deputy Clerk of Court

SPACE BELOW FOR SHERIFF'S RETURN

[ FILE COPY ]

# CLIFF DRESSEL
## CLERK, ST. MARY PARISH
## P. O. DRAWER1231
## FRANKLIN, LOUISIANA 70538

Date Mailed: NOVEMBER 17, 2017

TO:

**EAST BATON ROUGE PARISH SHERIFF**
**P. O. BOX 3277**
**BATON ROUGE, LA 70821-**

       **EUNICE  PILETTE**

       **Vs.  NO. 131820 DIV E**

       **UNITED MARINE OFFSHORE LLC, ET AL**

**The following listed items have been issued for service.  After service is made, please send your return stating the type of service along with your statement of cost.  If service can not be made, please state reason.  Thank you for your prompt attention.**

**CITATION, PETITION, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS issued for service on:  WARRIOR ENERGY SERVICES CORPORATION THROUGH ITS AGENT, CT CORPORATION SYSTEM 3867 PLAZA TOWER DR., BATON ROUGE, LA 70816**

 

 

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

*Jennifer R. Bplane*

Deputy Clerk of Court

## CITATION

**EUNICE PILETTE**

**Vs. No. 131820 Div "E"**

**UNITED MARINE OFFSHORE LLC, ET AL**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

To: WARRIOR ENERGY SERVICES CORPORATION, THROUGH ITS AGENT, CT CORPORATION SYSTEM, 3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you. **You are also being served with Interrogatories and Request for Production of Documents. (Originals not filed.)**

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, NOVEMBER 17, 2017.

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

_Jennifer R. Aplane_

**Deputy Clerk of Court**

SPACE BELOW FOR SHERIFF'S RETURN

[ FILE COPY ]

## CITATION

| | | |
|---|---|---|
| EUNICE PILETTE | | STATE OF LOUISIANA |
| Vs. No. 131820 Div "E" |  | 16th JUDICIAL DISTRICT COURT |
| UNITED MARINE OFFSHORE LLC, ET AL | | PARISH OF ST. MARY |

To:  UNITED MARINE OFFSHORE, LLC, THROUGH ITS AGENT, DAVID B. DEVILLIER, 1004 WALNUT DRIVE, MORGAN CITY, LA 70380

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof.  Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

**You are also being served with Interrogatories and Request for Production of Documents. (Originals not filed.)**

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, NOVEMBER 17, 2017.

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

_____
Deputy Clerk of Court

SPACE BELOW FOR SHERIFF'S RETURN

[ FILE COPY ]

# CITATION

**EUNICE PILETTE**

**Vs. No. 131820 Div "E"**

**UNITED MARINE OFFSHORE LLC, ET AL**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

To: SUPERIOR ENERGY SERVICES LLC THROUGH AGENT, CT CORPORATION SYSTEM, 3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

**You are also being served with Interrogatories and Request for Production of Documents. (Originals not filed.)**

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, NOVEMBER 17, 2017.

**CLIFF DRESSEL**
**Clerk of Court**
**St. Mary Parish, Louisiana**
**16th Judicial District Court**

*Jennifer R. Aplane*

**Deputy Clerk of Court**

SPACE BELOW FOR SHERIFF'S RETURN

RECEIVED

DEC 04 2017

CLIFF DRESSEL CLERK OF COURT
ST. MARY PARISH, LA

I made service on the named party through the
CT Corporation

NOV 27 2017
by tendering a copy of this document to
☐ Jeannine Beauregard  ☑ Brenna Beauregard
☐ Allison Reed

DEPUTY CLINE BRELAND
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SCANNED

DEC 12 2017

[ ORIGINAL ]

## NOTICE OF SERVICE

EUNICE PILETTE

Vs. No.  131820  Div "E"

UNITED MARINE OFFSHORE LLC, ET
AL



STATE OF LOUISIANA

16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

LAWRENCE N. CURTIS
LAWRENCE N. CURTIS, APLC
P. O. BOX 80247
LAFAYETTE, LA  70598-0247

Pleading Served: CITATION WITH PETITION  AND ORIGINAL INTERROGATORIES &
REQUEST FOR PRODUCTION OF DOCUMENTS

Party Served:  SUPERIOR ENERGY SERVICES, LLC

Date Served:  MONDAY, NOVEMBER 27, 2017

Type of Service:  PERSONAL

Notified on:  December 12, 2017

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

*Michelle B. Frederick*

Deputy Clerk of Court

[ FILE COPY ]

# CITATION

| | | |
|---|---|---|
| **EUNICE PILETTE** | | **STATE OF LOUISIANA** |
| **Vs. No. 131820 Div "E"** |  | **16th JUDICIAL DISTRICT COURT** |
| **UNITED MARINE OFFSHORE LLC, ET AL** | | **PARISH OF ST. MARY** |

To: WARRIOR ENERGY SERVICES CORPORATION, THROUGH ITS AGENT, CT CORPORATION SYSTEM, 3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

**You are also being served with Interrogatories and Request for Production of Documents. (Originals not filed.)**

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, NOVEMBER 17, 2017.

> **CLIFF DRESSEL**
> **Clerk of Court**
> **St. Mary Parish, Louisiana**
> **16th Judicial District Court**
>
> _Jennifer R. Aplane_
>
> _____
> **Deputy Clerk of Court**

### SPACE BELOW FOR SHERIFF'S RETURN

I made service on the named party through the
CT Corporation

SCANNED   NOV 27 2017   by tendering a copy of this document to
☐ Jeannine Beauregard   ☑ Brenna Beauregard
☐ Allison Reed

DEC 1 2 2017   DEPUTY CLINE BRELAND
Deputy Sheriff, Parish of East Baton Rouge, Louisiana   RECEIVED

DEC 04 2017

CLIFF DRESSEL CLERK OF COURT
ST. MARY PARISH, LA

[ ORIGINAL ]

## NOTICE OF SERVICE

**EUNICE PILETTE**

**Vs. No. 131820 Div "E"**

**UNITED MARINE OFFSHORE LLC, ET AL**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

LAWRENCE N. CURTIS
LAWRENCE N. CURTIS, APLC
P. O. BOX 80247
LAFAYETTE, LA  70598-0247

**Pleading Served:** CITATION WITH PETITION  AND ORIGINAL INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS

**Party Served:** WARRIOR ENERGY SERVICES CORPORATION

**Date Served:** MONDAY, NOVEMBER 27, 2017

**Type of Service:** PERSONAL

**Notified on:** December 12, 2017

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

_Michelle B. Frederick_

Deputy Clerk of Court

[ FILE COPY ]

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

EUNICE PILLETTE

**vs.**

UNITED MARINE OFFSHORE, LLC, ET AL.

**Court:** 16th Judicial District Court      **Docket Number:**    1 3 1 8 2 0

**Parish of Filing:** St. Mary      **Filing Date:**  NOV 13 2017

**Name of Lead Petitioner's Attorney:** Lawrence N. Curtis, Esq.

**Name of Self-Represented Litigant:**

**Number of named petitioners:** 1      **Number of named defendants:** 3

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| __Auto: Personal Injury | __ Auto: Property Damage |
| __Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __Product Liability | __ Premise Liability |
| __Intentional Bodily Injury | __ Intentional Property Damage |
| __Intentional Wrongful Death | __ Unfair Business Practice |
| __Business Tort | __ Fraud |
| __Defamation | __ Professional Negligence |
| __Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| _x_ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | |
| __General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Claim for injuries and damage under the General Maritime Law, as well as the Saving to Suitors Clause, of the Judiciary Act of 1789 and 28 U.S.C. Sec. 1333.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

SCANNED
DEC 15 2017

Name, address and contact information of person completing form:

**Name** Lawrence N. Curtis, Esq.      **Signature**

**Address** 300 Rue Beauregard, Bldg. C, Lafayette, Louisiana 70508

**Phone number:** 337.235.1825      **E-mail address:** larry@larrycurtis.com

DEC 14 2017

# RETURN

### CITATION

| | | |
|---|---|---|
| EUNICE PILETTE | | STATE OF LOUISIANA |
| Vs. No. 131820 Div "E" |  | 16th JUDICIAL DISTRICT COURT |
| UNITED MARINE OFFSHORE LLC, ET AL | | PARISH OF ST. MARY |

To:  UNITED MARINE OFFSHORE, LLC, THROUGH ITS AGENT, DAVID B. DEVILLIER, 1004 WALNUT DRIVE, MORGAN CITY, LA  70380

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof.  Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

**You are also being served with Interrogatories and Request for Production of Documents. (Originals not filed.)**

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, NOVEMBER 17, 2017.

SCANNED

DEC 20 2017

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

_Jennifer R. Aplane_

**Deputy Clerk of Court**

SPACE BELOW FOR SHERIFF'S RETURN

RECEIVED
NOV 17 2017
ST. MARY PARISH
SHERIFF

ST. MARY PARISH SHERIFF DEPT

RECEIVED.
SERVED:
PERSONAL ( ) ON _Julie Devillier, wife_
DOMICILIARY ( ) ON
UNABLE TO LOCATE: MOVED ( ) NO SUCH ADDRESS ( )
OTHER REASON ( )
RECEIVED TO LATE FOR SERVICE ( )
TYPE OF SERVICE: WITNESS SUBPOENA ( ) RULE ( ) NOTICE ( )
SUBPOENA DUCES TECUM ( ) CITATION & PETITION ( )
NOTICE OF SEIZURE ( ) POSTING ( ) NOTICE TO VACATE ( )
NOTICE OF GARNISHMENT ( ) ORDER ( ) OTHER _____

LOCATION _____ _Address given_
C&L STS. FEE $ ____ MILEAGE ____ TOTAL $ _____
DEPUTY _____
[ ORIGINAL ]

RECEIVED

DEC 13 2017

CLIFF DRESSEL CLERK OF COURT
ST. MARY PARISH, LA

## NOTICE OF SERVICE

| | | |
|---|---|---|
| EUNICE PILETTE | | STATE OF LOUISIANA |
| Vs. No. 131820 Div "E" |  | 16th JUDICIAL DISTRICT COURT |
| UNITED MARINE OFFSHORE LLC, ET AL | | PARISH OF ST. MARY |

LAWRENCE N. CURTIS
LAWRENCE N. CURTIS, APLC
P. O. BOX 80247
LAFAYETTE, LA  70598-0247

Pleading Served:  CITATION AND PETITION

Party Served:  UNITED MARINE OFFSHORE LLC

Date Served:  WEDNESDAY, NOVEMBER 29, 2017

Type of Service:  DOMICILIARY ON JULIE DEVILLIER, WIFE

Notified on:  December 20, 2017

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

*Charlene m LeBlanc*

_____
Deputy Clerk of Court

[ FILE COPY ]