# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| EUNICE PILETTE | CIVIL ACTION NO. 6:17-cv-001672 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| UNITED MARINE OFFSHORE, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's motion to remand (Doc. 10) is **DENIED**, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 14th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE